**Decision Per Curiam.**

H. Baars, Plaintiff in Error, vs. Pensacola Land & Lumber Company, a corporation under the laws of the State of Florida *et al.*, Defendants in Error.

## DIVISION A.

Writ of error to Circuit Court, Escambia county; Evelyn C. Maxwell, Judge.

*John C. Avery, J. B. Jones* and *C. M. Jones*, for Plaintiff in Error.

Memorandum Decisions.

*Blount & Blount,* for Defendants in Error.

This action was brought by the plaintiff in error against the defendants in error. There was judgment for the defendants, and the plaintiff takes writ of error. The judgment is affirmed.